No. 596. WRIGHT *v.* JOHNSTON, WARDEN. On petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit; and

No. 44, Misc. WRIGHT *v.* JOHNSTON, WARDEN. On motion for leave to file petition for writ of habeas corpus. January 6, 1947. The motion for leave to file petition for writ of habeas corpus is denied. The petition for writ of certiorari is also denied. Petitioner *pro se. Acting Solicitor General Washington, Robert S. Erdahl* and *Sheldon E. Bernstein* for respondent.

No. 743. LINCOLN NATIONAL BANK ET AL., EXECUTORS, *v.* KINDLEBERGER, ADMINISTRATOR. January 6, 1947. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Arthur C. Keefer* and *F. Granville Munson* for petitioners. *Leslie C. Garnett* and *Samuel F. Beach* for respondent. *Lawrence A. Baker* filed a brief for the Life Insurance Association of America et al., as *amici curiae,* in support of the petition.

No. 159. ROSS *v.* RAGEN, WARDEN; and

No. 180. TAYLOR *v.* ILLINOIS. January 6, 1947. Petitions for writs of certiorari to the Supreme Court of Illinois denied. Petitioners *pro se. George F. Barrett,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for respondents.

No. 258. RAYMOND *v.* RAGEN, WARDEN. January 6, 1947. Petition for writ of certiorari to the Circuit Court of Will County, Illinois, denied. Petitioner *pro se.*

*George F. Barrett,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for respondent.

No. 277. BUTZ *v.* NIERSTHEIMER, WARDEN. January 6, 1947. Petition for writ of certiorari to the Supreme Court of Illinois denied. Petitioner *pro se. George F. Barrett,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for respondent.

No. 415. SINGER *v.* RAGEN, WARDEN. January 6, 1947. Petition for writ of certiorari to the Criminal Court of Cook County, Illinois, denied. Petitioner *pro se. George F. Barrett,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for respondent.

No. 447. BENNETT *v.* RAGEN, WARDEN. January 6, 1947. Petition for writ of certiorari to the Criminal Court of Cook County and Circuit Court of Will County, Illinois, denied. Petitioner *pro se. George F. Barrett,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for respondent.

No. 611. FAUCETTA *v.* NEW YORK. January 6, 1947. Petition for writ of certiorari to the County Court of Nassau County, New York, denied. *Jacob W. Friedman* for petitioner.

No. 704. JOHNSON *v.* MAYO, STATE PRISON CUSTODIAN. January 6, 1947. Petition for writ of certiorari to the Supreme Court of Florida denied.